RECEIVED
JUL 19 2013
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Mag. No. 12-2589 (DEA)

       v.             :

ROBERT BENNETT          :    <u>CONTINUANCE ORDER</u>

The defendant having been arrested on December 12, 2012; and a criminal complaint charging the defendant with distribution of oxycodone, in violation of Title 21, United States Code, Section 841, having been filed; and the defendant having appeared before the Court for an initial appearance on December 12, 2012; and the defendant having been represented by Brian Reily, Esq.; and the defendant and his counsel being aware that an Information or Indictment ordinarily must be filed within thirty (30) days of defendant's initial appearance on this charge, pursuant to Title 18, United States Code, Section 3161(b); and, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), both the United States and the defendant request this continuance so that the parties can enter a guilty plea and thereby avoid a possible trial; and for good cause shown;

IT IS on this __22nd__ day of July, 2013,

ORDERED that from the date this Order is entered, to and including September 19, 2013, shall be excluded in calculating the time within which an Information or Indictment must be filed under the Speedy Trial Act for the following reasons:

1. Both the United States and the defendant desire time to

enter a guilty plea, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
R. Joseph Gribko
Assistant U.S. Attorney

_____
Brian Reily, Esq.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge